UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEANNA E. ALI,

    Plaintiff,

v.                                              CASE NO. 8:19-cv-535-T-23JSS

LASER SPINE INSTITUTE, LLC, et al.,

    Defendants.
_____/

## **ORDER**

On behalf of a proposed class, Deanna Ali sues (Doc. 2) Laser Spine Institute for violating the WARN Act in March 2019. The stay (Doc. 8) in this action is **DISSOLVED**, and the clerk is directed to **RE-OPEN** the case.

In two cases, 8:19-cv-539-T-23AAS and 8:19-cv-547-T-23TGW, the plaintiffs allege that Laser Spine Institute violated the WARN Act and move for class certification, appointment as class representative, and appointment of the plaintiffs' attorney as class counsel. No later than **JUNE 21, 2019**, Ali may move for class certification, appointment as class representative, and appointment of Ali's attorney as class counsel. Solely for the purposes of determining whether to certify a class, whether to appoint a class representative, and whether to appoint class counsel, the

cases — 8:19-cv-535-T-23JSS, 8:19-cv-539-T-23AAS, and 8:19-cv-T-23-547TGW — are consolidated.

ORDERED in Tampa, Florida, on June 13, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE